**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREGORY J. SMITH, | : |
| Plaintiff, | : No. 3:17-CV-00191-KRG |
| v. | : |
| NAVIENT SOLUTIONS, LLC, | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Eric M. Hurwitz, Esquire as counsel of record for Defendant, Navient Solutions, LLC, and withdraw the appearance of Jonathan M. Marmo, Esquire as counsel of record for Defendant, Navient Solutions, LLC.

                                        Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan M. Marmo* | *Eric M. Hurwitz* |
| Jonathan M. Marmo, Esquire | Eric M. Hurwitz, Esquire |
| Reed Smith LLP | Stradley Ronon Stevens & Young, LLP |
| 20 Stanwix Street | 457 Haddonfield Road |
| Suite 1200 | Suite 100 |
| Pittsburgh, PA  15222 | Cherry Hill, NJ  08002 |
| E-mail: jmarmo@reedsmith.com | Phone:  (856) 321-2406 |
| | E-mail: ehurwitz@stradley.com |

Dated: August 21, 2018

## CERTIFICATE OF SERVICE

I, Eric M. Hurwitz, hereby certify that on August 21, 2018, I caused the foregoing Substitution of Counsel to be electronically filed via the Court's ECF system. The foregoing document is available for viewing and downloading from the PACER system. Electronic notice of this filing was sent to all counsel of record, including:

>Tarek N. Chami, Esq.
>Price Law Group
>1204 E. Baseline Rd
>Suite 102
>Tempe, AZ  85283
>Tel: (866) 881-2133
>*Attorneys for Plaintiff*

>*/s/ Eric M. Hurwitz*
>Eric M. Hurwitz

# 3635286