# EXHIBIT F

*In the Matter Of:*

GREGORY J. SMITH

-vs-

NAVIENT SOLUTIONS, LLC

MOHAMMED KASSEM

January 08, 2019



**CONNOR REPORTING**
111 Monument Circle, Suite 4350
Indianapolis, IN 46204
Phone: 317-236-6022
Fax: 317-236-6015
Toll Free: 800-554-3376

Mohammed Kassem
January 08, 2019

```
1                 UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF PENNSYLVANIA
2                 CASE NO. 3:17-CV-00191-KRG
                   HON. JUDGE KIM R. GIBSON
3

4     GREGORY J. SMITH,                    )
                                           )
5            Plaintiff,                     )
                                           )
6            -vs-                           )
                                           )
7     NAVIENT SOLUTIONS, LLC,               )
                                           )
8            Defendant.                     )

9

10                DEPOSITION OF MOHAMMED KASSEM

11

12       The deposition upon oral examination of MOHAMMED
      KASSEM, a witness produced and sworn before me, Clarice
13    H. Howard, CCR-Ky, Notary Public in and for the County
      of Boone, State of Indiana, taken on behalf of the
14    Plaintiff, at the offices of Coots Henke & Wheeler,
      Connor Reporting, 255 East Carmel Drive, Carmel,
15    Indiana, on Tuesday, January 8, 2019, scheduled to
      commence at 9:30 a.m., to the Federal Rules of Civil
16    Procedure with written notice as to time and place
      thereof.
17

18

19

20

21

22

23

24

25
```



```
                                                              2
1            A P P E A R A N C E S


2


3     FOR THE PLAINTIFF:


4         David Chami
          (Via Videoconference)
5         PRICE LAW GROUP, APC
          8245 North 85th Way
6         Scottsdale, Arizona 85258
          1.818.600.5565
7         david@pricelawgroup.com


8
      FOR THE DEFENDANT:
9
          Eric N. Hurwitz
10        STRADLEY RONON STEVENS & YOUNG, LLP
          457 Haddonfield Road, Suite 100
11        Cherry Hill, New Jersey 08002-2223
          1.856.321.2406
12        ehurwitz@stradley.com


13        Mark Raschess
          Navient Solutions
14        2001 Edmund Halley Drive
          Reston, Virginia 20191
15        1.703.810.3000
          mark.raschess@navient.com
16


17


18


19


20


21


22


23


24


25
```



3

1        I N D E X   O F   E X A M I N A T I O N

                                              PAGE

2

3    DIRECT EXAMINATION
       Questions by Mr. Chami.........................  4

4

5

              *  *  *  *  *           *  *  *  *  *

6

7

          I N D E X   O F   E X H I B I T S

8

9                                              PAGE

10   Deposition Exhibits:

11   Exhibit 1  - FDR correspondence history..........  9

12   Exhibit 2  - Artiva notes........................ 26

13   Exhibit 3  - Navient policy...................... 43

14   Exhibit 4  - TCPA consent revocation............. 27

15   Exhibit 5  - Call log............................ 12

16

17

18

19

20

21

22

23

24

25



Mohammed Kassem
19                        January 08, 2019

                                                                          19

1    A    That's correct.

2    Q    All right.  So if you're in a preview mode

3         campaign, are you also able to receive inbound

4         calls potentially?

5    A    That's potentially possible, yes.

6    Q    All right.  And so I saw three different types of

7         calls that were listed on this call log.  The last

8         11 or 12 calls were preview mode calls.

9             The remainder of the calls were either ones or

10        eights.  As I understand from past depositions and

11        hearings, the eights are agent list calls; is that

12        correct?

13   A    I'm not certain about the eight.

14   Q    Well, if I said prior testimony at a hearing and

15        depositions from other corporate representatives

16        are that the eight are agent list calls, do you

17        have any reason to dispute that?

18   A    I would be speculating.  But, yeah, I'm not as

19        certain about the eight one.

20   Q    Are you certain that the one is predictive?

21   A    Yes.

22   Q    Okay.  What other modes are there?

23   A    There is agent list, there's preview, and there is

24        predictive.

25   Q    So you've got three modes and you've identified



Mohammed Kassem
20                              January 08, 2019

20

```
 1       that one is predictive and three is preview.  So

 2       what is the eight; what's left?

 3  A    Well, I'm not saying there's only three.  There

 4       could be more.  So I just want to be certain before

 5       saying on the record that eight is agent list.

 6  Q    The last time I deposed you I asked you this

 7       question and you couldn't answer it then either.

 8       Do you recall that; you weren't certain then

 9       either, right?

10  A    I don't recall that.

11  Q    Okay.  Well, you knew I was going to be asking you

12       about the different modes of calling, right?  I

13       asked you about it last time.

14          MR. HURTWITZ:  Is there a question?

15  BY MR. CHAMI:

16  Q    Sure.  You knew that I was going to ask you about

17       the different modes of calling based on your last

18       deposition that we had, didn't you?

19  A    I mean I don't know really what you're going to

20       ask.  My understanding is --

21  Q    I asked you before and you're here to testify about

22       these call logs.  You reviewed these call logs,

23       right?

24  A    I did.

25  Q    Didn't you think it was important to know what mode
```



21

```
1    the phone calls were made in when you were

2    preparing for the deposition today?

3         MR. HURTWITZ:  Objection.  This is a bit at

4    this point harassing and badgering.  I mean I think

5    he's testified --

6         MR. CHAMI:  No, it's not badgering.  It's a

7    simple question.  I want to know if you anticipated

8    when you were reviewing the call logs that I was

9    going to want to know the modes that the calls were

10   made in.  It's a pretty important question.

11        MR. HURTWITZ:  I think the problem is the

12   tenor -- is the tone of the question.

13        MR. CHAMI:  I'm sorry, you're complaining

14   about my tone?

15        MR. HURTWITZ:  Well, I mean it's coming across

16   on the video as fairly aggressive and harassing.  I

17   don't know if you intend it that, but it is.

18        MR. CHAMI:  Maybe it's more annoyed than

19   aggressive and harassing, considering I got up at 7

20   o'clock this morning to be at my office to take a

21   deposition where I expected the witness to be able

22   to answer the very simple question that other

23   corporate representatives for Navient have

24   answered.  And this is a witness who I deposed

25   before and he couldn't answer it then either.
```



22

```
 1         So yeah, I'm a little annoyed.  I don't think

 2      it's aggressive or harassing.  I think I have a

 3      right to ask the question and a right to get an

 4      answer to a question that he should be prepared to

 5      answer.

 6         So it's not aggressive and it's not intended

 7      to be harassing.  I think if anything, I'm the one

 8      who's being harassed when I can't get answers to

 9      questions that should be very straightforward.  So

10      I'm going to continue to ask.

11 BY MR. CHAMI:

12 Q   Did you not expect that you should be able to tell

13      the modes that the calls were being made to Mr.

14      Smith in?

15 A   I mean I'm not a technical expert, so I'm not going

16      to know every single thing on these call logs.  But

17      I do know that there was previous testimony and

18      obviously there's a technical expert that's

19      speaking to this.  So I just don't want to say

20      something on here that I'm not certain about.

21 Q   All right.  Agent list calls, do you know anything

22      about them, how they work?

23 A   Generally speaking.

24 Q   And you understood that an agent list campaign is

25      one that is set up for prerecorded messages to be
```



Mohammed Kassem
23                      January 08, 2019

                                                                    23

 1        sent to the customer?

 2    A   That's how I understand it, yes.

 3    Q   And when an agent list is being placed, it's not

 4        one that is being initiated by one of your call

 5        center agents, correct?

 6    A   Again, my understanding is more of the general, not

 7        technical.  But my understanding is yes, it's as

 8        you stated.

 9    Q   Similarly with the predictive calls, the predictive

10        calls that are being placed are also set up in a

11        campaign and dialed by the system and then only

12        sent to an agent when the system detects a live

13        person has answered the phone, correct?

14    A   That's correct.  Well, there could also be -- it

15        doesn't necessarily have to be a live person, just

16        a connection.

17    Q   Okay.  So you're saying that if the system detects

18        an answering machine, it may transfer it to a live

19        person who can leave a live message?

20    A   That's correct.

21    Q   Okay.  You would agree that when a customer

22        requests that phone calls stop, that it's Navient's

23        policy to stop dialing their phone number in agent

24        list or predictive mode and switch them into a

25        preview mode, correct?

Mohammed Kassem
24                              January 08, 2019

```
                                                          24
 1   A    Can you rephrase that question?

 2   Q    I can ask it again.  If a client or a customer,

 3        like Mr. Smith in this case, requests that phone

 4        calls stop, don't call me anymore, only communicate

 5        with me in writing or said any of the key phrases

 6        that Navient recognizes are requests for no more

 7        phone calls, that Navient's policy is to

 8        discontinue call them in agent list or predictive

 9        mode, correct?

10   A    If a customer makes that request, yes.

11   Q    Okay.  And to your knowledge, is Navient still

12        using the live box HCI system?

13           MR. HURTWITZ:  I'm going to object because

14        it's beyond the scope of the deposition.  As

15        limited, this is supposed to be about calls to

16        Mr. Smith.  And since none of the calls were made

17        to Mr. Smith in live box mode, I don't know why

18        it's relevant.

19           MR. CHAMI:  Well, I can tell you why it's

20        relevant.  It's relevant because it goes to the

21        different options that were available to the

22        different agents in this particular case, whether

23        they had the option to switch him to another system

24        or whether preview mode was the only option.

25           So it is relevant.  And there's a willfulness
```



25

```
 1        component to the TCPA.

 2   BY MR. CHAMI:

 3   Q    So I'm not going to go into how live box works or

 4        how any of the calls would have or could have been

 5        made in live box specifically, other than to know

 6        generically, generally speaking, was there any

 7        other option to call Mr. Smith other than the

 8        Genesis system at the time the calls were being

 9        made?

10   A    Is that the question?

11   Q    Yes, I just asked the question.  Was there any

12        other system available to call Mr. Smith in other

13        than Genesis at the time these calls were being

14        made?

15   A    Yes.

16   Q    When was the other available system in 2017?

17   A    My understanding is live box was an option.

18   Q    Okay.  And the other option -- as far as Navient is

19        concerned, that would have been one option for

20        dealing with a request for no more calls, right,

21        would be to switch them to a campaign operated

22        under live box, which was a click to dial system,

23        right?

24   A    Essentially if somebody -- I'm getting confused by

25        the question, I guess.
```



Mohammed Kassem
26                        January 08, 2019

26

```
 1   Q    One of the reasons why you guys use preview mode is

 2        you're attempting to comply with a no more autodial

 3        calls, right, TCPA reason?

 4   A    So yes.  If a TCPA flag is flipped, then there are

 5        manual options including live box that would be an

 6        option there, yes.

 7   Q    So one option would be to go to live box at least

 8        at that time.  And the other option would be to

 9        call them literally manually, right, through a

10        punch in a number.  And another option would be to

11        use the preview mode in the Genesis system, right?

12   A    In the manual settings, those are options, yes.

13   Q    You're aware that the Genesis system is not called

14        manual and preview; it's called preview mode,

15        right?

16   A    That's correct.

17   Q    Okay.  And if you could take look at the Artiva

18        notes, which I think are marked as Exhibit 2.

19   A    I'm on Exhibit 2.

20   Q    All right.  When we look at the system or the

21        notes, the system notes for Artiva there's a call

22        on January 20th on Bates 255 --

23   A    I'm on 255.

24   Q    -- and during that call on January 20th at 12:34

25        p.m., there's a note that says -- and maybe why
```



27

```
 1        don't you go ahead and read the note and tell me

 2        what you read that to say.

 3   A    On 255, January 20, 2017 at 12:34 p.m., it reads

 4        telephone cosigner reached -- I'm sorry, telephone

 5        customer -- well, it says COS.  So there could be,

 6        I guess either, reached, undisclosed third party,

 7        advised he doesn't have money to pay this and stop

 8        calling and then advised calls would continue.

 9   Q    You know Mr. Smith is the cosigner on these loans,

10        right?

11   A    That's correct.

12   Q    Okay.  So isn't it true that your policies would

13        require that when there's a call made to a phone

14        number and there's a request for no more calls,

15        that they should flip the TCPA flag, right?

16   A    I would have to look at that particular policy, but

17        that's not my understanding of it.

18   Q    You said that's not your understanding?

19   A    Not as you described it.

20   Q    Okay.  Well, then let's look at Exhibit 4.

21   A    Okay.  I'm on 4.

22   Q    So TCPA consent revocation, key phrases, do you see

23        that box on Bates 679?  It's the last page of the

24        exhibit.

25   A    Okay.  I'm there.
```



Mohammed Kassem
28                                 January 08, 2019

28

1   Q     One of the phrases is I don't know the person who

2         you're calling for; do you see that?

3   A     I do.

4   Q     So if somebody -- if you call a number and the

5         person answers and says I don't know the person

6         you're calling for, you're supposed to flag that

7         number as a TCPA consent revocation; do you see

8         that?

9   A     Yes.

10  Q     If they say wrong number, you're supposed to flag

11        it as a TCPA revocation, right?

12  A     That's correct.

13  Q     I just got this number would be something somebody

14        would say that would cause a TCPA revocation to be

15        input, right?

16  A     That's correct.

17  Q     Those would all be indications that the person

18        you're looking for isn't the person you're calling.

19        But Navient treats that as a revocation of consent,

20        right?

21  A     From this list, yes.

22  Q     Stop calling me would be another thing they would

23        say, right?

24  A     That's one of the ones listed, correct.

25  Q     All right.  Even leave me alone is considered a



Mohammed Kassem
January 08, 2019

29

29

```
1       revocation according to Navient's policies?

2    A  That's correct.

3    Q  And Mr. Smith, you were calling his cell phone

4       number, a number that you knew to be his cell phone

5       number, right?

6    A  A number that what, I'm sorry?

7    Q  You knew the number belonged to Mr. Smith; that's

8       why you were calling it, right?

9    A  I'm imaging the person calling, yes, they knew

10      that.

11   Q  Okay.  I mean the call itself was made, if you look

12      at the call logs, was made in predictive mode,

13      right, on January 20th at 12:34 p.m.?  You can look

14      at the call logs and actually find that phone call,

15      right?

16   A  I can look in the phone logs and confirm that, if

17      needed.

18   Q  So did you listen to that recording?

19   A  The one that we just talked about?

20   Q  Yeah, the recording of that January 20th call, did

21      you listen to it?

22   A  I listened to a recording.  I would have to listen

23      to it again to confirm the date and times.

24   Q  Did you only listen to one recording?

25   A  I don't actually recall.
```



Mohammed Kassem
January 08, 2019

34

34

```
 1        an internal phrase that you guys use, right a sys

 2        pop or system pop?

 3   A    Yes.

 4   Q    Okay.  So my understanding of a system pop is that

 5        the agent is looking at the screen and the Genesis

 6        system will present or pop the next call to be made

 7        on that agent's screen, right?

 8   A    It will pop the -- like information needed, not

 9        necessarily the call.

10   Q    I understand.  So they still have to press dial to

11        make the call.  But the system presents or pops the

12        next call to be made, right?

13   A    That's correct.

14   Q    All right.  Do you know if the agents that are in

15        preview mod, whether they're all being presented

16        the next number in that campaign or the next

17        account in that campaign and then when someone hits

18        dial, then everybody gets the next available number

19        and so on and so forth; do you know if that's how

20        it works?

21   A    I'm not sure what you mean by next number, next

22        campaign.

23   Q    So within that campaign, there are a group of

24        accounts that have been identified to be dialed

25        within a campaign based on certain default
```



Mohammed Kassem
January 08, 2019

35

35

```
1       criteria; do you understand that?

2  A    I do.

3  Q    Okay.  And so the only numbers that are going to be

4       called or the only accounts that are going to be

5       called are the accounts that have been designated

6       within that campaign, correct?

7  A    That's correct.

8  Q    All right.  I don't know how many -- well, let me

9       ask you.  Do you know if there's a general sort of

10      number of accounts that are included in a campaign;

11      are there any parameters that you're aware of, like

12      15,000 people are part of a campaign but no more

13      than 100,000; do you know if there's any type of

14      parameters like that?

15 A    I do not.

16 Q    All right.  So as I understand it, a campaign is

17      created and then the system pops the next call to

18      be made.  And when someone selects that call or

19      hits dial, then the system is going to present the

20      next number to the next agent that's available for

21      a phone call, right?

22 A    That's correct.

23 Q    Okay.  And there could be dozens or hundreds -- I

24      don't know if hundreds, but there could be multiple

25      agents that are logged into a particular campaign
```



Mohammed Kassem
36                              January 08, 2019

                                                                    36

1       making outbound calls in preview mode, right?

2   A   That's correct.

3   Q   And they're all going to be presented numbers to be

4       called based on availability and the next number in

5       the system, you know, that the system believes is

6       next in line, I guess for lack of a better word?

7   A   That's the general approach, yes.

8   Q   Okay.  It's that time of year.

9   A   Yeah.

10  Q   Even in Arizona we're all sick.  All right.  If you

11      need a break, let me know --

12  A   Okay.  Thanks.

13  Q   -- although I don't think we're going to be much

14      longer.

15          The last time we met was in a different case

16      and we talked a lot more about preview calls

17      because there were a lot more preview calls in that

18      case.  But I just want to make sure that we're

19      still consistent, that generally speaking, the

20      system pops and for the most part people aren't

21      skipping -- they can skip, but generally speaking

22      are not skipping the available calls that are

23      presented to them; is that accurate, is that still

24      consistent?

25  A   That's correct.



Mohammed Kassem
40                             January 08, 2019

40

1        delinquencies, right?

2    A   That's correct.

3    Q   Okay.  You have other methods for communicating

4        with customers, right; you can write to them?

5    A   That's correct.

6    Q   So phone calls are one of the ways that Navient

7        reaches out to their delinquent customers, right?

8    A   That's correct.

9    Q   And I know you testified just a few minutes ago

10       that in the preview mode, it's generally not the

11       practice to skip calls, but it can happen, right?

12   A   That's correct.

13   Q   And one of the reasons why it's generally not the

14       practice to skip calls that the system had

15       designated to be called is because one of the

16       objectives is to try to reach that particular

17       individual, right?

18   A   That's correct.

19   Q   And that's consistent with the overall theme that

20       you can't talk to people you don't call, and you're

21       trying to talk to as many people as possible,

22       right?

23   A   Not as many as possible, but as stated earlier, if

24       there's delinquency, we try to make contact with

25       that customer to resolve that delinquency.



Mohammed Kassem
41                                January 08, 2019

41

1   Q    Okay.  And then when we're talking about the

2        predictive campaigns, the agent similarly does the

3        same thing as the agent in the preview calling

4        campaign as far as they put their headset on, they

5        sit at the desk and they log into the Genesis

6        system, right?

7   A    That's correct.

8   Q    And when they log into the Genesis system, they are

9        put into an outbound calling campaign, correct?

10  A    That can be one of the campaigns, correct.

11  Q    And we're talking about predictive campaigns right

12       now.  So when this agent who's logged into the

13       system and is put into a predictive campaign, that

14       agent isn't clicking any buttons or doing anything

15       at that point other than logging in and setting

16       their system to available so that the system knows

17       that they are sitting there waiting for connective

18       calls, right?

19  A    That's correct.

20  Q    All right.  And while you're in a predictive

21       campaign, the system, then, will dial the number to

22       be called.  And in the event there is a connective

23       call, the call will, then, be transferred to one of

24       the available agents who are logged into that

25       system, right, in that campaign?



42

1   A      That's correct.

2   Q      And the agents who are receiving these calls,

3          they're not all located in one office, right?  They

4          could be logged into the campaigns in one of the

5          various call centers that Navient has in the United

6          States, right?

7   A      That's correct.

8   Q      In fact, there's even third party collection or a

9          third party vendor that is, I think, somewhere in

10         Singapore or India or the Philippines, I think.  I

11         can't remember.  But somewhere in Asia that also

12         makes outbound calls and logs into these campaigns,

13         right?

14  A      That's correct.

15  Q      Do you remember what country that third party

16         vendor is in?

17  A      Yes.

18  Q      I'm sorry, I didn't hear you.

19  A      Yes.

20  Q      Which country was that?

21  A      Philippines.

22  Q      All right.  I want you to look at Exhibit 3.  I

23         think that's the one that starts with Bates 546.

24         It's the Navient titled autodialers and artifical

25         or prerecorded voice messages policy; do you see



Mohammed Kassem
45                     January 08, 2019

                                                              45
1   Q    And when would you have consent -- I'm using that

2        term as it's defined in your training material,

3        policy and procedure materials.  If you think I'm

4        using the word consent improperly, please let me

5        know because I want -- or inconsistent with your

6        understanding.  I want to make sure we're on the

7        same page.

8            When you have consent to autodial, Navient

9        uses both agent list and predictive modes like they

10       did with Mr. Smith, correct?

11  A    That's correct.

12  Q    And then when it believes that consent has been

13       revoked, then it switches them, if they need to

14       call, to one of their manual modes, either the live

15       box at the time or preview mode in Genesis,

16       correct?

17  A    That's correct.

18  Q    Okay.  Is that because Navient considers predictive

19       and agent list calls to be autodialed calls?

20  A    I'm not sure.  I'm really not sure.

21  Q    Okay.  Well, I mean let's look at the policy and it

22       says prohibitive practices with autodialer or

23       artificial or prerecorded voice.  Do you see that

24       in the middle of the page?

25  A    Yes.



49

```
1   STATE OF INDIANA          )
                              )   SS:
2   COUNTY OF BOONE           )

3

4           I, Clarice H. Howard, CCR-Ky, Notary Public in

5       and for the County of Boone, State of Indiana, at

6       large, do hereby certify that Mohammed Kassem, the

7       deponent herein, was by me first duly sworn to tell

8       the truth, the whole truth, and nothing but the

9       truth in the aforementioned matter;

10          That the foregoing deposition was taken on

11      behalf of the Defendant at the offices of Coots,

12      Henke & Wheeler, Connor Reporting, 255 East Carmel

13      Drive, Carmel, Indiana, pursuant to the Federal

14      Rules of Civil Procedure;

15          That said deposition was taken down in

16      stenograph notes and afterwards reduced to

17      typewriting under my direction, and that the

18      typewritten transcript is a true record of the

19      testimony given by the said deponent; and that

20      signature of the transcript was waived by said

21      deponent;

22          That the parties were represented by their

23      counsel as aforementioned.

24          I do further certify that I am a disinterested

25      person in this cause of action, that I am not a
```



50

1      relative or attorney of either party or otherwise

2      interested in the event of this action, and that I

3      am not in the employ of the attorneys for any

4      party.

5          IN WITNESS WHEREOF, I have hereunto set my

6      hand and affixed my notarial seal this 15th day of

7      January, 2019.

8

9                    *Clarice Howard*

10                   _____
                     Clarice H. Howard, CCR-KY
11                   Notary Public

12
       My Commission Expires:
13     July 24, 2026
       County of Residence:
14     Boone County, Indiana

15

16

17

18

19

20

21

22

23

24

25

